JS-6
Admin Close

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMAR MOHAMED ELSAYED M. MOSHAQ, ET AL.,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br>Defendants. | No. 5:26-cv-04863-JGB-SP<br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION** |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore,

IT IS HEREBY ORDERED that the instant action shall be stayed until March 23, 2027. In the event that adjudication is not completed and/or the case dismissed by March 23, 2027, the parties will file a further status report to the Court by that date.

Dated: September 30, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE